UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JORDAN MICHAEL CRALL,

        Plaintiff,                       Case No. 2:18-cv-110

v.                                         Honorable Paul L. Maloney

GORDON J. QUIST,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  October 16, 2018                       /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge